UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CRIMINAL NO. 5:21-CR-00373-(3) OLG |
| | * | |
| SHARON MARTINEZ, | * | |
| | * | |
| Defendant | * | |

**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes SHARON MARTINEZ, Defendant in the above-styled and numbered cause by and through her attorney of record, and files this Motion for Continuance and in support thereof would show unto the Court the following:

I.

The Defendant is currently scheduled for Sentencing on October 5, 2023, at 9:30 a.m.

II.

The Assistant U.S. Attorney Adrian Rosales has been consulted on this matter and he has no objection to the continuance being granted.

III.

This cause should be continued from this date because additional time will be needed to prepare sentencing materials for the defendant.

1

IV.

This Motion is not sought for purposes of delay, but only that justice may be done

WHEREFORE, PREMISES CONSIDERED, Defendant would respectfully request this Court to continue this case for further relief to which this Defendant may show himself justly entitled.

          Respectfully submitted,

          DANIEL & HALSTEAD
          1815 San Pedro Avenue
          San Antonio, Texas 78212
          (210) 222-2297
          FAX: (210) 222-9101

BY:   /s/ *Woodrow J. Halstead, III., Esq.*
         WOODROW H. HALSTEAD, III.
         State Bar No. 24004683
         Attorney for Defendant

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was forwarded to Assistant U. S. Attorney, electronically, on the 28th day of September 2023.

         /s/ *Woodrow J. Halstead, III., Esq.*
         WOODROW J. HALSTEAD, III.

## *CERTIFICATE OF CONFERENCE*

I hereby certify that, prior to electronic filing of this motion, I have communicated with Assistant U.S. Attorney Rosales concerning this motion for Continuance who had no objection.

                                      */s/ Woodrow J. Halstead, III., Esq.*
                                     WOODROW J. HALSTEAD, III

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | CRIMINAL NO. 5:21-CR-00373-(3) OLG |
| | * | |
| SHARON MARTINEZ, | * | |
| | * | |
| Defendant | * | |

## **ORDER**

On this the ____ day of _____, 2023, came on to be heard the defendant's Sealed Unopposed Motion for Continuance, and said motion is hereby:

(GRANTED)    (DENIED)

SIGNED this ____ day of _____, 2023.

_____
JUDGE PRESIDING

4